

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO MODIFY TIME FOR ORAL ARGUMENT

Appellate case name:      Jonathan Levine and Samantha Levine v. Steve Scharn Custom
                          Homes, Inc., Steve Scharn, and NewFirst National Bank

Appellate case number:   01-12-00229-CV

Trial court case number:  08DCV162201

Trial court:              268th District Court of Fort Bend County

The parties have filed an agreed motion to modify the time for oral argument.  The parties request that appellants, Jonathan Levine and Samantha Levine, collectively have twenty minutes to present oral argument and that appellees, Steve Scharn Custom Homes, Inc., Steve Scharn, and NewFirst National Bank, collectively have twenty minutes to present oral argument. We GRANT the parties' motion.  Appellants will have a total of 20 minutes to present their oral argument.  Appellees will likewise have a total of 20 minutes to present their oral argument.

It is so ORDERED.


Judge's signature:  /s/ Laura Carter Higley
                          Acting for the Court


Date:  September 17, 2013